572

**NATIONAL LABOR RELATIONS BOARD,**
Petitioner, v. Mark MORRIS et al., etc.,
Respondents.

No. 10600.

Circuit Court of Appeals, Ninth Circuit.

Nov. 15, 1943.

Howard Lichtenstein, Asst. Gen. Counsel, N. L. R. B., of Washington, D. C., for petitioner.

Morris Lowenthal, of San Francisco, Cal., for respondent.

Before WILBUR, GARRECHT, and HEALY, Circuit Judges.

PER CURIAM.

Upon petition of the National Labor Relations Board, for entry of a decree enforcing its order herein—respondent consenting to entry of such decree—and good cause therefor appearing, ordered petition granted, and decree filed and entered enforcing the order of the National Labor Relations Board, herein, and that a certified copy of such decree be forthwith issued to the respective parties.

**Toivo J. ROSANDER, Petitioner, v. COMMISSIONER OF INTERNAL REVENUE, Respondent.**

No. 10377.

Circuit Court of Appeals, Ninth Circuit.

Nov. 19, 1943.

Wright, Innis & Simon, of Seattle, Wash., for petitioner.

Samuel O. Clark, Jr., Asst. Atty. Gen., and J. P. Wenchel, Chief Counsel, Bureau of Internal Revenue, of Washington, D. C., for respondent.

Before GARRECHT, MATHEWS, and STEPHENS, Circuit Judges.

PER CURIAM.

Upon consideration of the stipulation of counsel for respective parties in above cause, filed on February 10, 1943, that the above cause shall abide the final judgment in companion cause of Joe Degnan v. Commissioner of Internal Revenue, and it appearing from the files of this Court that in said governing cause an opinion of this Court was rendered and filed and a judgment filed and entered on June 29, 1943, 9 Cir., 136 F.2d 891, affirming the decision of the Tax Court of the United States, 47 B.T.A. 899, and that the Supreme Court of the United States on October 25, 1943, denied therein a petition for writ of certiorari, 64 S.Ct. 93, 88 L.Ed. ——, and counsel for petitioner having consented to the entry of a judgment of affirmance herein, and good cause therefor appearing, it is ordered that a judgment affirming the decision of the Tax Court of the United States, 47 B.T.A. 899, herein be filed and entered accordingly, and that the mandate of this Court in this cause issue forthwith.

**Frank ROBINSON, Petitioner, v. Honorable Charles J. VOGEL, United States District Judge for the District of North Dakota.**

No. 12732.

Circuit Court of Appeals, Eighth Circuit.

Oct. 11, 1943.

Frank Robinson, pro se.

PER CURIAM.

Petition for writ of mandamus denied.